[No. 46615-1-I.  Division One.  July 2, 2001.]

SHIRL FIRCHAU, ET AL., *Appellants*, v. BANKAMERICA, N.T.S.A., *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 99-2-02829-5, R. Joseph Wesley, J., entered March 29 and April 12, 2000. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, A.C.J., and Baker, J.

[No. 46631-3-I.  Division One.  July 2, 2001.]

*In the Matter of* DONALD J. HALE.
COCA-COLA ENTERPRISES, ET AL., *Appellants*, v. DONALD J. HALE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-15211-5, Janice Niemi, J., entered April 4, 2000. *Reversed* by unpublished per curiam opinion.

[No. 46743-3-I.  Division One.  July 2, 2001.]

BRENT TOMSON, *Appellant*, v. TODD MCDONALD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-27306-1, Peter D. Jarvis, J., entered March 1, 2000. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid, C.J., and Cox, J.

[No. 46749-2-I.  Division One.  July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. QUINTIN W. REHAK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00012-4, Kenneth L. Cowsert, J., entered May 24, 2000. *Reversed* by unpublished per curiam opinion.